KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2016
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> NATHANIEL OLIVER, <br> Defendant, | CASE NO. 2:16-CV-03291 <br> CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties and Federal Rules of Civil Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, NATHANIEL OLIVER, as to claim one, in the total amount of $5,347.04 and as to claim two the total amount of $8,607.39 for a total judgment amount of $13,954.43. *Payment terms shall be as set forth in the Stipulation (DKT. # 19), all of which is incorporated herein.*

Dated: 12/7/16

GEORGE H. KING
~~TERRY NAFISI, CLERK~~
United States District Court
Central District of California

By: ~~Deputy Clerk~~ U.S. DISTRICT JUDGE

1